UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARION KILER, Individually and as the
representative of a class of similarly situated persons,

        Case No.   1:20-cv-342-FB-VMS

    Plaintiff,

 - against -

BEAUTY BIOSCIENCES LLC d/b/a Beautybio.com,  **NOTICE OF SETTLEMENT**

    Defendant.
------------------------------------------------------------X

  Now comes the Plaintiff, Marion Kiler, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

  1. The parties have reached an agreement to resolve this matter and a settlement agreement ("Agreement") is in the process of being finalized. Upon execution of the Agreement, and compliance with certain requisite terms, Plaintiff will file a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i)

  2. The parties respectfully request that the Court issue an order staying this case and adjourning all deadlines and conferences, providing further that the parties may seek to reopen the case in thirty (30) days if the terms of the Agreement have not been satisfied.

Dated: Scarsdale, New York
   March 11, 2020

        SHAKED LAW GOUP, P.C.
        Attorneys for Plaintiff

       By: */s/Dan Shaked*
        Dan Shaked (DS-3331)
        14 Harwood Court, Suite 415
        Scarsdale, NY 10583
        Tel. (917) 373-9128
        e-mail: ShakedLawGroup@Gmail.com